UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN POWELL,

    Petitioner

v().                                      CASE NO. 8:04-CV-2789-T-27MSS
                                                       8:03-CR-141-T-27MSS

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Before the Court is Petitioner's Motion for Default Judgment (Dkt. 6) in which he requests that the Court enter a default order against Respondent for failure to file a timely response to the motion he filed pursuant to 28 U.S.C. § 2255. Respondent filed its response on February 14, 2005 (Dkt. 5).

UPON consideration, the Court **ORDERS** that Petitioner's request that the Court enter a default order against Respondents **(Dkt. 6)** is **DENIED**. Neither default nor summary judgment are appropriate due to the failure to timely respond to a petition for writ of habeas corpus. *See, e.g., Aziz v. Leferve*, 830 F.2d 184, 187 (11th Cir. 1987) (finding that a default judgment is not contemplated in habeas corpus cases); *Goodman v. Keohane*, 663 F.2d 1044, 1048 n.4 (11th Cir. 1981) (rejecting petitioner's argument

that the government's tardiness in responding to his petition entitled him to habeas relief).

**ORDERED** in Tampa, Florida, on _May 18_, 2005.

_____
MARY S. SCRIVEN
United States Magistrate Judge

Copies to: Pro se litigant
Patricia A. Willing, AUSA
Robert E. O'Neill, AUSA

SA/jsh